DISTRICT OF OREGON
**F I L E D**
March 07, 2013
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) |
| | ) Case No: 12-38886-tmb13 |
| Sutton L. Bodry | ) |
| Lisa A. Bodry | ) ORDER APPROVING ASSIGNMENT |
| | ) |
| Debtors. | ) |

This matter having come before the Court on the "Motion For Approval of Assignment", and the Court being fully advised, it is hereby

ORDERED:

The Assignment from the Chapter 13 trustee to Debtors, Sutton L. Bodry and Lisa A. Bodry, is approved. Debtors by and through their Attorney, Laura L. Donaldson may pursue 11 U.S.C. §547 actions in accordance with the Assignment.

### 

Presented By:

/s/ Laura L. Donaldson
Laura L. Donaldson- OSB# 02293
Attorney for Debtor
cc:     Debtors
        Wayne Godare, Trustee
        Discover Bank

Kuni Donaldson, LLP
1975 SW 1st Ave., Suite H
Portland OR 97201
Telephone: 503-227-3004

PAGE 1 of 1 - ORDER